LUTHER TOWNES v. NEW JERSEY STATE PAROLE BOARD.

May 2, 1978. Petition for certification denied.